```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 45556
     LAWRENCE SPAULDING
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
     SSN XXX-XX-6249


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/13/2004 and was confirmed 03/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  10.63% from remaining funds.

     The case was paid in full 02/09/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED               .00           .00           .00
CAPITAL ONE AUTO FINANCE  UNSECURED        17433.40           .00       1853.17
CAPITAL ONE AUTO FINANCE  NOTICE ONLY     NOT FILED           .00           .00
INTERNAL REVENUE SERVICE  PRIORITY          3690.82           .00       3690.82
INTERNAL REVENUE SERVICE  UNSECURED OTH     152.85            .00         15.77
DISTRICT COUNSEL          NOTICE ONLY     NOT FILED           .00           .00
DISTRICT DIRECTOR         NOTICE ONLY     NOT FILED           .00           .00
AT & T BANKRUPCTY         UNSECURED OTH     642.60            .00         68.79
ARROW FINANCIAL SERVICES  UNSECURED       NOT FILED           .00           .00
ARROW FINANCIAL SERVICES  NOTICE ONLY     NOT FILED           .00           .00
BAXTER CREDIT UNION       UNSECURED          508.12           .00         54.01
CITY OF CHICAGO PARKING   UNSECURED         1080.00           .00        114.80
COMMONWEALTH EDISON       UNSECURED         3445.86           .00        366.29
FIRST FINANCIAL CREDIT U  UNSECURED       NOT FILED           .00           .00
KURT J KOLAR              UNSECURED       NOT FILED           .00           .00
PETER FRANCIS GERACI      NOTICE ONLY     NOT FILED           .00           .00
TFC BANKING & SERVICE     UNSECURED       NOT FILED           .00           .00
TIMOTHY K LIOU            REIMBURSEMENT     208.40            .00        208.40
TIMOTHY K LIOU            DEBTOR ATTY      2,700.00                    2,700.00
TOM VAUGHN                TRUSTEE                                        577.95
DEBTOR REFUND             REFUND                                         255.03

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             9,905.03

PRIORITY                                    3,899.22
SECURED                                          .00
UNSECURED                                   2,472.83
ADMINISTRATIVE                              2,700.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 45556 LAWRENCE SPAULDING
```

```
TRUSTEE COMPENSATION                                         577.95
DEBTOR REFUND                                                255.03
                                 ----------------    ----------------
TOTALS                                  9,905.03            9,905.03
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/09/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE